CRAIG CARPENITO
United States Attorney
SUSAN MILLENKY
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, New Jersey 07102
(973) 297-2067
susan.millenky@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KRISTINA HICKEY,<br><br>*Plaintiff*,<br><br>v.<br><br>ELAINE C. DUKE, ACTING SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY; JOHN DURKIN; LARRY SAEZ; AND SCOTT CARPENDER<br><br>*Defendants*. | HONORABLE JOSE J. LINARES<br><br>Civil Action No. 2:17-cv-12660 (JLL) (CLW)<br><br>APPLICATION, PURSUANT TO LOCAL RULE 6.1, FOR AN EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND |

Application is hereby made pursuant to Local Rule 6.1, for a Clerk's Order extending the time within which the defendants may answer, move, or otherwise respond to the complaint filed by plaintiff Kristina Hickey until May 7, 2018, and it is represented that:

1. No previous extension has been obtained;

2. Pursuant to Fed. R. Civ. 12(a)(2), defendants' time to answer, move, or otherwise respond to the complaint currently expires on April 23, 2018;

     3. Defendants expressly reserve the right to contest jurisdiction and service of process.

Dated: Newark, New Jersey
April 11, 2018

CRAIG CARPENITO
United States Attorney

By: /s/ Susan Millenky
SUSAN MILLENKY
Assistant United States Attorney

ORDER

The above application is ORDERED GRANTED on this __ day of April, 2018; Defendants will answer, move, or otherwise respond to the complaint by May 7, 2018.

WILLIAM T. WALSH

By: ____________________________
Deputy Clerk

**CERTIFICATE OF SERVICE**

I, Susan Millenky, Assistant United States Attorney for the District of New Jersey, hereby certify that on April 11, 2018, the foregoing Application Pursuant to Local Civil Rule 6.1 was served on counsel for Plaintiff by ECF.

Dated: Newark, New Jersey
April 11, 2018

/s/ Susan Millenky
SUSAN MILLENKY
Assistant United States Attorney